UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK DAVISCOURT,

    Plaintiff,

v.

GWANNETTE M. CLAYBROOK., *et. al*,

    Defendants.

CASE NO. C18-1148 RAJ

ORDER

This matter comes before the court on *pro se* Plaintiff Mark Daviscourt's "MOTION to Extend Time to Respond to Defendants' Motion to Dismiss" ("Motion for Extension of Time"). Dkt. # 31. Plaintiff requests an extension of 30 days to respond to Defendants' Motion to Dismiss (Dkt. # 18). Defendants state that they do not oppose such an extension. Dkt. # 33. Accordingly, the Court **GRANTS** Plaintiff's Motion for Extension of Time. Dkt. # 31. Plaintiff shall have until April 27, 2019, to file a Response to the Defendants' Motion to Dismiss this proceeding.

Dated this 17th day of April, 2019.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER- 1